UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HARJOT SINGH KHALSA,<br><br>    Plaintiff,<br> v.<br><br>SUNIL HALI and CINEMAYA MEDIA, INC.,<br><br>    Defendants. | Case No. 5:13-cv-03575-PSG<br><br>**ORDER REFERRING CASE TO THE ADR UNIT** |

This parties shall reach out to the ADR unit without delay at (415) 522-2199 and either submit a "Stipulation and (Proposed) Order Selecting ADR Process" or a "Notice of Need for ADR Phone Conference" within seven days.[1]

---

[1] *See* ADR L.R. 3-5(c).

 (c) Stipulation to ADR Process or Notice of Need for ADR Telephone Conference.  In cases assigned to the ADR Multi-Option Program, unless otherwise ordered, no later than the date specified in the Order Setting Initial Case Management Conference and ADR Deadlines, counsel must file, in addition to the ADR Certification, either a "Stipulation and (Proposed) Order Selecting ADR Process" or a "Notice of Need for ADR Phone Conference" on a form established by the Court.

  (1) Stipulation.  If the parties agree to participate in a Court-sponsored non-binding arbitration, ENE or mediation, or in private ADR, they must file a form Stipulation and Proposed Order selecting an ADR process.

  (2) Notice of Need for ADR Phone Conference.  If the parties are unable to agree on an ADR process, or if the parties believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, they must file a Notice of Need for ADR Phone Conference.

1

Case No. 5:13-cv-03575-PSG
ORDER REFERRING CASE TO THE ADR UNIT

**IT IS SO ORDERED.**

Dated: August 6, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge