UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HARJOT SINGH KHALSA,<br><br>              Plaintiff,<br><br>       v.<br><br>SUNIL HALI, et al.,<br><br>              Defendants. | Case No. 5:13-cv-03575-PSG<br><br>**CASE SCHEDULING ORDER**<br><br>**(Re: Docket No. 53)** |

Based on the parties' joint case management statement and the case management conference on October 8, 2014,[1]

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is 120 days after entry of this order.

IT IS FURTHER ORDERED that the parties participate in mediation. Within 7 days of the appearance of new counsel for Defendants, the parties shall contact the ADR Desk to make the necessary arrangements.

---

[1] *See* Docket No. 56.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| | |
|---|---|
| Designation of Opening Experts with Reports | January 30, 2015 |
| Designation of Rebuttal Experts with Reports | February 27, 2015 |
| Last Day for Dispositive Motions | March 24, 2015 |
| Fact Discovery Cut-Off | March 27, 2015 |
| Expert Discovery Cut-Off | March 27, 2015 |
| Dispositive Motions Hearing | April 28, 2015 |
| Pre-Trial Conference | June 2, 2015 |
| Jury Trial | June 29, 2015 |

**SO ORDERED.**

Dated: October 30, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge