UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARJOT SINGH KHALSA,<br>        Plaintiff,<br>    v.<br>SUNIL HALI, et al.,<br>        Defendants. | Case No. 13-cv-03575-PSG<br><br>**ORDER TO SHOW CAUSE** |

On May 18, 2015, Plaintiffs submitted a notice of settlement.[1] The notice indicated that the parties needed 30 days to file a dismissal.[2] To date, no dismissal has been filed. No later than January 20, 2016, Plaintiffs shall show cause why this case should not be dismissed for failure to prosecute. Alternatively, Plaintiffs shall file the dismissal so that the court may close this case.

**SO ORDERED.**

Dated: January 13, 2016

                                              _____
                                              PAUL S. GREWAL
                                              United States Magistrate Judge

---

[1] *See* Docket No. 67.

[2] *See id.*